UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br>          Plaintiffs, <br><br>     v. <br><br>NOVOA ELECTRIC, INC., a California corporation, <br><br>          Defendant. | Case No. 2:19-cv-06689-CJC-MRW <br><br> Assigned to the Honorable Cormac J. Carney <br><br> **JUDGMENT** |

1

**JUDGMENT**

1391266

This action having been commenced on August 1, 2019, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Novoa Electric, Inc., a California corporation, the principal amount of $20,160.55, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from September 27, 2019, until paid in full.

Dated: 10/7/2019

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE